

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00198-CR

Boyce C. **ATKINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. CC 17615
Honorable Mark Stroeher, Judge Presiding

# O R D E R

Boyce C. Atkinson's filed a notice of appeal from the trial court's judgment of conviction. Atkinson has not paid the clerk's and reporter's fees for preparing and filing the record, and this court granted Atkinson's retained counsel's motion to withdraw. On July 3, we abated the appeal and remanded the case to the trial court to conduct a hearing and make findings of fact.

The trial court held a hearing on July 18, 2018, at which it received an affidavit from Atkinson's former counsel and heard testimony from Atkinson. The trial court made thorough written findings of fact on July 18, and the findings have been filed in a supplemental clerk's record. The trial court found: (1) Atkinson desires to prosecute the appeal; (2) Atkinson is not indigent; and (3) Atkinson does not desire to proceed *pro se*, but has not made the necessary arrangements for retaining new counsel.

The clerk and court reporter provided estimates of the cost to prepare and file the appellate record and the trial court admonished Atkinson that he is responsible for paying the clerk's and reporters' fees. The court further admonished Atkinson the appeal may be dismissed if he fails to pay for the clerk's record, and he advised Atkinson of the need to make arrangements to retain appellate counsel.

We **reinstate** this appeal on the active docket of this court. We **order** Boyce C. Atkinson to file written proof in this court by **August 17, 2018,** that the clerk's and court reporter's fees

for preparation and filing of the record have been paid or arrangements satisfactory to the clerk and court reporter have been made to pay the fees. If Atkinson fails to file such proof regarding the clerk's fee within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). If Atkinson fails to provide such proof regarding the reporter's fee, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court